JOANNA R. MENDOZA, State Bar No. 148320
LAW OFFICES OF JOANNA R. MENDOZA, P.C.
P.O. Box 2593
Granite Bay, CA 95746
(916) 781-7600
(916) 781-7601 FAX
jmendoza@theiplawfirm.com

JOEL C. BAIOCCHI, State Bar No. 107095
LAW OFFICE OF JOEL C. BAIOCCHI
P.O. Box 67
Dutch Flat, CA 95714
(530) 389-9175
(530) 389-9176
jcblaw2@colfaxnet.com

Attorneys for Plaintiffs and Counterdefendants
Dale M. Wallis, James L. Wallis and
Hygieia Biological Laboratories

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DALE M. WALLIS, D.V.M., JAMES L. WALLIS, and HYGIEIA BIOLOGICAL LABORATORIES, INC., a California Corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>CENTENNIAL INSURANCE COMPANY, INC., a New York corporation, ATLANTIC MUTUAL INSURANCE, CO., INC., a New York corporation,<br><br>    Defendants. | CASE NO. 2:08-CV-02558 WBS GGH<br><br>**STIPULATION AND [PROPOSED] ORDER RESETTING STATUS CONFERENCE**<br><br><br>Date: February 9, 2009<br>Time: 2:00 p.m.<br>Courtroom: 5 |

This matter is currently set for a Status (pretrial scheduling) Conference on February 9, 2009, at 2:00 p.m. The parties hereto, by and through their attorneys of record, hereby stipulate to reset the Status Conference for March 9, 2009, at 2:00 p.m. in Courtroom 5. It is further stipulated that no additional status conference statements need be filed for that conference.

1

STIPULATION AND ORDER RESETTING STATUS CONFERENCE

So stipulated.

DATED:  February 4, 2009         LAW OFFICES OF JOANNA R. MENDOZA, P.C.

    /s/ Joanna R. Mendoza
Joanna R. Mendoza
Attorneys for Plaintiffs Dale M. Wallis,
James L. Wallis, and Hygieia Biological Laboratories


DATED: February 4, 2009         SELVIN WRAITH HALMAN, LLP

    /s/ Joshua S. Leach
Joshua S. Leach
Attorneys for Defendants Centennial Insurance Co. and
Atlantic Mutual Insurance Co.


**ORDER**

IT IS SO ORDERED.

DATED:   February 17, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE