JOANNA R. MENDOZA, State Bar No. 148320
LAW OFFICES OF JOANNA R. MENDOZA, P.C.
P.O. Box 2593
Granite Bay, CA  95746
(916) 781-7600
(916) 781-7601 FAX
jmendoza@theiplawfirm.com

JOEL C. BAIOCCHI, State Bar No. 107095
LAW OFFICE OF JOEL C. BAIOCCHI
P.O. Box 67
Dutch Flat, CA 95714
(530) 389-9175
(530) 389-9176
jcblaw2@colfaxnet.com

Attorneys for Plaintiffs and Counterdefendants
Dale M. Wallis, James L. Wallis and
Hygieia Biological Laboratories

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE M. WALLIS, D.V.M., JAMES L. WALLIS, and HYGIEIA BIOLOGICAL LABORATORIES, INC., a California Corporation,<br><br>            Plaintiffs,<br><br>v.<br><br>CENTENNIAL INSURANCE COMPANY, INC., a New York corporation, ATLANTIC MUTUAL INSURANCE, CO., INC., a New York corporation,<br><br>            Defendants.<br><br>AND RELATED COUNTER-CLAIM | CASE NO.  2:08-CV-02558 WBS GGH<br><br>**STIPULATION TO SEAL DEFENDANTS' OPPOSITION TO MOTION FOR RECONSIDERATION (DOC 104); [~~PROPOSED~~] ORDER** |

The parties in the above-captioned matter, by and through their attorneys of record, do hereby stipulate that the document entitled "MEMORANDUM IN OPPOSITION TO PLAINTFFS' APPLICATION AND MOTION FOR RECONSIDERATION OF ORDERS COMPELLING ARBITRATION AND RE: REPLY BRIEF IN SUPPORT OF MOTION TO

1
STIPULATION TO SEAL DOCUMENT; ORDER

ENFORCE SETTLEMENT AGREEMENT" filed by the defendants, Centennial Insurance Company and Atlantic Mutual Insurance Company, on May 21, 2010 [Doc. 104], shall be sealed insofar as the document contains information from documents which the Court previously ordered to be sealed on March 25, 2009, [Doc 35].

DATED: May 24, 2010            SELVIN WRAITH HALMAN LLP

                                                ___/s/ Gary R. Selvin_____
                                                Gary R. Selvin
                                                Attorneys for Defendants Centennial Insurance
                                                Company and Atlantic Mutual Insurance Company

DATED: May 24, 2010            LAW OFFICES OF JOANNA R. MENDOZA, P.C.

                                                ___/s/ Joanna R. Mendoza_____
                                                Joanna R. Mendoza
                                                Attorneys for Plaintiffs Dale M. Wallis,
                                                James L. Wallis, and Hygieia Biological
                                                Laboratories

IT IS SO ORDERED.

DATED:   May 25, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2
STIPULATION TO SEAL DOCUMENT; ORDER