IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| DALE M. WALLIS, D.V.M., JAMES L. WALLIS, and HYGIEIA BIOLOGICAL LABORATORIES, INC. a California Corporation,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CENTENNIAL INSURANCE COMPANY, INC., a New York corporation; ATLANTIC MUTUAL INSURANCE CO., INC., a New York corporation,<br><br>　　　　Defendants. | Case No.: 2:08-CV-02558-WBS-GGH<br>*related to CIV-S-93-01322 WBS*<br><br>**ORDER**<br><br>Complaint Filed:  October 27, 2008 |
| AND RELATED CROSS-ACTIONS AND THIRD PARTY ACTION. | |

　　Pursuant to the stipulation of counsel, for the reasons stated therein, this action is stayed until March 15, 2011.

Dated:  December 6, 2010

　　　　　　　　　　　　*/s/ William B. Shubb*
　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

81769.doc