JOANNA R. MENDOZA, State Bar No. 148320
LAW OFFICES OF JOANNA R. MENDOZA, P.C.
P.O. Box 2593
Granite Bay, CA  95746
(916) 781-7600
(916) 781-7601 FAX
jmendoza@theiplawfirm.com

JOEL C. BAIOCCHI, State Bar No. 107095
LAW OFFICE OF JOEL C. BAIOCCHI
P.O. Box 67
Dutch Flat, CA 95714
(530) 389-9175
(530) 389-9176
jcblaw2@colfaxnet.com

Attorneys for Plaintiffs and Counter-defendants
and Third Party Defendant

GARY R. SELVIN, State Bar No. 112030
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone:     (510) 874-1811
Facsimile:      (510) 465-8976
gselvin@selvinwraith.com

Attorneys for Defendants and Counter-claimants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| DALE M. WALLIS, D.V.M., JAMES L. WALLIS, and HYGIEIA BIOLOGICAL LABORATORIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CENTENNIAL INSURANCE COMPANY, INC., a New York corporation; ATLANTIC MUTUAL INSURANCE CO., INC., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM | CASE NO.: 2:08-CV-02558-WBS-GGH <br><br> **STIPULATION AND [PROPOSED] ORDER RE: EXTENDING DISCOVERY DEADLINE FOR DEFENDANTS TO TAKE DEPOSITIONS** <br><br> Complaint Filed:  October 27, 2008 <br><br> Trial Date:  February 20, 2013 |

1

STIPULATION                                        CASE NO.: 2:08-CV-02558-WBS-GGH

Plaintiffs and counter-defendants DALE M. WALLIS, D.V.M., JAMES L. WALLIS and HYGIEIA BIOLOGICAL LABORATORIES, INC. (collectively referred to herein as the "Plaintiffs"), and defendants and counter-claimants CENTENNIAL INSURANCE COMPANY, INC., and ATLANTIC MUTUAL INSURANCE CO., INC. (collectively referred to herein as the "Defendants"), all parties to the above-captioned action, stipulate to the following:

On May 1, 2012, the Court issued a Further Scheduling Order [Doc. 141] setting the discovery cut-off date in the above-captioned matter as September 28, 2012. Thereafter, on September 11, 2012, the Defendants noticed the depositions of the following to take place in Walnut Creek, California, on September 28, 2012:

1) Dale M. Wallis, D.V.M., at 8:00 a.m.;

2) James L. Wallis at 10:00 a.m.;

3) Person most knowledgeable (5 categories) for Hygieia Biological Laboratories at 12:00 p.m.;

4) Attorney Joanna R. Mendoza at 2:00 p.m.;

5) Attorney Joel C. Baiocchi at 4:00 p.m.

Each deposition was noticed to "continue from day to day, Sundays and holidays excepted, at the same time and location, until completed or unless the parties agree on other mutually convenient dates."

On September 13, 2012, Joel Baiocchi, co-counsel for the Plaintiffs, notified Gary Selvin, attorney for the Defendants, that he was unavailable through September 24, 2012, for a scheduled vacation before he went in for surgery to remove a blockage in his right carotid artery on September 25, 2012. Recovery at the hospital would take 2 to 3 days, and Mr. Baiocchi's surgeon has advised that he should not return to work for three to four weeks following the surgery. Therefore, he would not be available for his deposition before the close of discovery.

On September 21, 2012, Joanna Mendoza, co-counsel for the Plaintiffs, notified Gary Selvin that Dr. Wallis was unavailable on September 28, 2012, for her deposition due to a previously scheduled business conference in Wisconsin that she was attending the first week in October and several appointments on September 28 that had to be completed in preparation for that trip. In

addition, on that date she was the only person available to provide transportation to and from school for her child.

     Because of the unavailability of Joel Baiocchi and Dr. Wallis to have their depositions taken on September 28, 2012, the parties have reached a stipulation to move the depositions previously scheduled for that date to November 5, 2012.  If a second day is necessary it has been agreed that the second day will be held in Sacramento, preferably at a conference room in the attorney lounge at the federal courthouse if one is available.

SO STIPULATED,

DATED:  September 28, 2012         LAW OFFICES OF JOANNA R. MENDOZA, P.C.

                                       By:  ___/s/ Joanna R. Mendoza_____
                                            Joanna R. Mendoza
                                            Attorney for Plaintiffs

SO STIPULATED.

DATED:  September 28, 2012         SELVIN WRAITH HALMAN LLP

                                       By:  ___/s/ Gary R. Selvin_____
                                            Gary R. Selvin
                                            Attorneys for Defendants

IT IS SO ORDERED.

DATED:     September 28, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE