IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DALE M. WALLIS, et al.,

      Plaintiffs,                    No. 2:08-cv-2558 WBS GGH

      vs.

CENTENNIAL INSURANCE COMPANY, INC., et al.,

      Defendants.               ORDER
_____/

        Defendants' motion to compel discovery presently is calendared for hearing on November 1, 2012. The motion also requests a sixty day extension of discovery and motion filing cutoffs. As the requested extension would, for practical purposes, interfere with currently schedule pretrial conference and trial dates, the undersigned has no authority to grant the request, which must be brought before the district judge. The undersigned will, however, keep the motion to compel on calendar unless and until the district court declines to extend the currently scheduled dates.

        Accordingly, IT IS ORDERED that:

        1. Defendants' motion to compel discovery responses, filed October 9, 2012, (dkt. no. 149), will remain on this court's November 1, 2012 calendar pending further order; and

\\\\\

1

2. Defendants' request to extend discovery and motion filing deadlines, filed October 9, 2012, (dkt. no. 149), is denied without prejudice to its renewal before the district court.

DATED: October 10, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076:Wallis2558.ord.wpd