UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE M. WALLIS, D.V.M., JAMES L. WALLIS, and HYGIEIA BIOLOGICAL LABORATORIES, INC., a California Corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>CENTENNIAL INSURANCE COMPANY, INC., a New York corporation, ATLANTIC MUTUAL INSURANCE, CO., INC., a New York corporation,<br><br>    Defendants.<br>_____ | CASE NO. 2:08-CV-02558 WBS GGH<br><br>**ORDER DENYING EX PARTE REQUEST TO HAVE PENDING MOTIONS MOVED TO CALENDAR OF DISTRICT COURT JUDGE** |

    The ex parte request submitted by plaintiffs, Dale M. Wallis, D.V.M., James L. Wallis and Hygieia Biological Laboratories, Inc., to move discovery motions from the Magistrate Judge's calendar on November 1, 2012, to the District Judge's calendar on November 19, 2012, is hereby DENIED.

DATED: October 26, 2012

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

0
[PROPOSED] ORDER GRANTING EX PARTE REQUEST