UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

DALE M. WALLIS, D.V.M., JAMES L. WALLIS, and HYGIEIA BIOLOGICAL LABORATORIES, INC., a California Corporation,

      Plaintiffs,

  v.

CENTENNIAL INSURANCE COMPANY, INC., a New York corporation, ATLANTIC MUTUAL INSURANCE CO., INC., a New York Corporation,

      Defendants.
_____/

AND RELATED COUNTER-CLAIMS AND THIRD-PARTY COMPLAINT.
_____/

NO. CIV. 08-2558 WBS GGH

ORDER

----oo0oo----

      Defendants Centennial Insurance Co. and Atlantic Mutual Insurance Co.'s request for a sixty-day extension of the discovery and dispositive motion deadlines is granted. All discovery shall therefore be completed by November 27, 2012, and motions shall be filed no later than January 25, 2012.

1

1          The pre-trial conference and trial dates set in this
2    matter are hereby vacated, and a scheduling conference is set for
3    January 7, 2013, at 2:00 p.m. to set new dates for the pre-trial
4    conference and trial.  Two weeks before the scheduling
5    conference, the parties shall submit a <u>joint</u> status report
6    suggesting dates for the pretrial conference and trial.
7          IT IS SO ORDERED.
8    DATED:   October 29, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE