IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DALE M. WALLIS, et al.,

      Plaintiffs,                        No. 2:08-cv-2558 WBS GGH

     vs.

CENTENNIAL INSURANCE COMPANY, INC., et al.,

      Defendants.                ORDER

         Plaintiffs have re-noticed their motion to deem requests for admissions admitted, and for sanctions, for hearing on December 6, 2012. Because the discovery cutoff is November 27, 2012, the court is unable to hear this matter. See Dkt. no. 167.

         Accordingly, IT IS ORDERED that: Plaintiffs' re-notice of motion to deem requests for admissions admitted, and for sanctions, (dkt. nos. 150, 176), is vacated from the calendar for December 6, 2012 without prejudice to its renewal should the district court extend the discovery deadline.

DATED: November 14, 2012

                              /s/ Gregory G. Hollows

                        UNITED STATES MAGISTRATE JUDGE

GGH:076:Wallis2558.vac2.wpd

1