UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| DALE M. WALLIS, D.V.M., JAMES L. WALLIS, and HYGIEIA BIOLOGICAL LABORATORIES, INC., a California Corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>CENTENNIAL INSURANCE COMPANY, INC., a New York corporation, ATLANTIC MUTUAL INSURANCE CO., INC., a New York Corporation,<br><br>    Defendants.<br>_____/<br>AND RELATED COUNTER-CLAIMS AND THIRD-PARTY COMPLAINT.<br>_____/ | NO. CIV. 08-2558 WBS GGH<br><br>ORDER |

----oo0oo----

After granting defendants Centennial Insurance Co. and Atlantic Mutual Insurance Co.'s request for a sixty-day extension of the discovery and dispositive motion deadlines, the court vacated the pretrial conference and trial dates in this matter and set the matter for a status conference to set new pretrial

1

1  conference and trial dates.  (Docket No. 167.)  After reviewing
2  the parties' Joint Status Report, the court hereby vacates the
3  Status (Pretrial Scheduling) Conference scheduled for January 7,
4  2013.
5       The Final Pretrial Conference is set for August 5,
6  2013, at 2:00 p.m. in Courtroom No. 5.  The trial is set for
7  September 4, 2013, at 9:00 a.m. in Courtroom No. 5.
8       The parties are hereby referred to the court's prior
9  Status (Pretrial Scheduling) Order (Docket No. 53), which details
10 the requirements for the pretrial conference.  Any discovery
11 disputes or requests shall be brought before the magistrate
12 judge.
13      IT IS SO ORDERED.
14 DATED:  January 2, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2