IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES LUARD WALLIS, *et al.*,

    Plaintiffs,

vs.

CENTENNIAL INS. CO., *et al.*,

    Defendants.

No. 2:08-cv-2558 WBS AC

<u>ORDER</u>

    Pending before the court are defendants' February 8, 2013 motion to compel and motion for protective order, scheduled to be heard on April 3, 2013. Because the discovery cutoff is March 15, 2013, the court is unable to hear these matters. <u>See</u> ECF No. 182. While the court is cognizant of defendants' request, included in the body of their notice of motion to compel, for a limited 60-day continuance of the discovery deadline, defendants are directed to file a properly noticed motion in support of this request.

////

////

////

////

1

1    Accordingly, IT IS ORDERED that defendants' motion to compel and motion for
2 protective order are vacated from the calendar for April 3, 2013 and denied without prejudice to
3 their renewal should the discovery deadline be continued.
4 DATED: February 21, 2013.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb;wall2558.jo