UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| DALE M. WALLIS, D.V.M., JAMES L. WALLIS, and HYGIEIA BIOLOGICAL LABORATORIES, INC., a California Corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>CENTENNIAL INSURANCE COMPANY, INC., a New York corporation, and ATLANTIC MUTUAL INSURANCE, CO., INC., a New York corporation,<br><br>    Defendants,<br>_____/<br>AND RELATED COUNTERCLAIMS AND THIRD-PARTY COMPLAINT.<br>_____/ | NO. CIV. 08-02558 WBS GGH<br><br><u>ORDER RE: EX PARTE APPLICATION FOR EXTENSION OF TRIAL DATE, DISPOSITIVE MOTION CUTOFF, DISCOVERY COMPLETION, AND DISCOVERY MOTION DATES</u> |

----oo0oo----

On February 28, 2013, the court granted defendant Atlantic Mutual's motion for judgment on the pleadings. (Feb. 28, 2013 Order (Docket No. 212).) The court allowed plaintiffs twenty days from the date of the Order to file an amended

1

complaint "consistent with [the] Order." (Id. at 20 (emphasis added).)

Plaintiffs filed a First Amended Complaint ("FAC") on March 20, 2013. (Docket No. 214.) Defendants then filed an ex parte application to extend the trial, dispositive motion cutoff, discovery completion, and discovery motion dates. (Docket No. 215.) The court struck the FAC and granted plaintiff leave to amend consistent with its February 28, 2013, and March 29, 2013 orders. (Mar. 29, 2013 Order (Docket No. 216).) It denied defendants' ex parte application as moot. (Id.)

Plaintiffs filed a revised FAC on April 4, 2013. (Docket No. 217.) Defendants renewed their ex parte application to extend the trial, dispositive motion cutoff, discovery completion, and discovery motion dates. (Document No. 220.) Plaintiffs filed an opposition. (Document No. 221.)

The court has reviewed the papers submitted by all parties, but finds them to be of little assistance. A stranger to this litigation who read both plaintiffs' and defendants' recounting of its history could not be faulted for believing that she read about two different actions. The level of contentiousness between these parties will only be exacerbated by further unnecessary delays.

However, due to the difficulties arising from Mr. Baiocchi's health, the court will extend the date for completion of discovery of March 15, 2013, by ninety days to June 13, 2013, for the sole purpose of allowing defendants to depose Mr. Baiocchi and Ms. Mendoza and resolving any related discovery disputes that may arise from those depositions. Discovery

otherwise remains closed.  Defendants have provided insufficient reason for the court to extend the trial and dispositive motion cutoff dates.  Thus, in all other respects, defendants' ex parte application will be denied.

IT IS SO ORDERED.

DATED: April 29, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE