UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| DALE M. WALLIS, D.V.M., JAMES L. WALLIS, and HYGIEIA BIOLOGICAL LABORATORIES, INC., a California Corporation,<br><br>        Plaintiffs,<br><br>   v.<br><br>CENTENNIAL INSURANCE COMPANY, INC., a New York corporation, and ATLANTIC MUTUAL INSURANCE, CO., INC., a New York corporation,<br><br>        Defendants,<br>_____/<br>AND RELATED COUNTERCLAIMS AND THIRD-PARTY COMPLAINT.<br>_____/ | NO. CIV. 08-02558 WBS GGH<br><br><u>ORDER RE: EX PARTE REQUEST TO STRIKE, AND OBJECTION TO, DEFENDANTS' MOTION TO DISMISS</u> |

----oo0oo----

        The court accepts defendants' motion to dismiss plaintiffs' First Amended Complaint for filing.  (Docket No. 219.)  Plaintiffs shall file any opposition to defendants' motion no later than June 10, 2013.  Defendants may then file a reply no

1

later than June 17, 2013.  Pursuant to Eastern District Local Rule 230(g), the court concludes that oral argument is unnecessary on the motion and the matter will be taken under submission.

IT IS SO ORDERED.

DATED:  May 20, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2