UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

WALLIS, et al.,

        v.

CENTENNIAL INSURANCE COMPANY, INC., et al.,

AMENDED JUDGMENT IN A CIVIL CASE

CASE NO: 2:08-CV-02558 WBS AC

**XX - Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.**

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF FEBRUARY 20, 2014, TO AWARD DEFENDANTS $86,996.93 AGAINST DR. WALLIS, MR. WALLIS AND HYGIEIA, JOINTLY AND SEVERALLY .**

Marianne Matherly
Clerk of Court

ENTERED: February 20, 2014

by:  /s/ L. Reader
Deputy Clerk