Gary R. Selvin, State Bar No. 112030
Robin D. Korte State Bar No. 182553
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone:    (510) 874-1811
Facsimile:    (510) 465-8976
E-mail:  gselvin@selvinwraith.com
         devans@selvinwraith.com

Attorneys for Defendants
Centennial Insurance Co. and Atlantic Mutual Insurance Co. Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| DALE M. WALLIS, D.V.M., JAMES L. WALLIS, and HYGIEIA BIOLOGICAL LABORATORIES, INC. a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CENTENNIAL INSURANCE COMPANY, INC., a New York corporation; ATLANTIC MUTUAL INSURANCE CO., INC., a New York corporation,<br><br>Defendants. | CASE NO.: 2:08-CV-02558-WBS-AC<br><br>*Assigned to: Honorable William B. Shubb, Courtroom 5, 14th Floor*<br><br>*Magistrate Judge Allison Claire, Courtroom 26, 8th Floor*<br><br>**ORDER FOR EXAMINATION OF JUDGMENT DEBTOR DALE M. WALLIS**<br><br>Date:         December 9, 2015<br>Time:         10:00 a.m.<br>Courtroom:    26, 8th Floor |

**TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to E.D. Cal. R. 302(c)(11), judgment debtor **Dale M. Wallis** is ordered to appear for an examination on December 9, 2015 at 10:00 a.m., at the United States District Court for the Eastern District Court of California, Robert T. Matsui United States Courthouse, 501 I Street, Courtroom 26, 8th Floor, Sacramento, CA 95814, before a certified shorthand reporter. The examination shall continue from day to day, Sundays and holidays excepted, at the same time and location, until completed or unless the parties agree on other mutually convenient dates.

1
ORDER FOR EXAMINATION OF JUDGMENT DEBTOR DALE M. WALLIS
**CASE NO.: 2:08-CV-02558-WBS-AC**

**NOTICE TO JUDGMENT DEBTOR**.  If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney's fees incurred by the judgment creditor in this proceeding.

Service of this order creates a lien on the personal property of the judgment debtor identified herein for a period of one year from the date of this order, unless extended or sooner terminated by the Court.

IT IS SO ORDERED.

Dated:  November 17, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

157222.doc