Gary R. Selvin, State Bar No. 112030
Robin D. Korte State Bar No. 182553
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone:   (510) 874-1811
Facsimile:    (510) 465-8976
E-mail:  gselvin@selvinwraith.com
           devans@selvinwraith.com

Attorneys for Defendants
Centennial Insurance Co. and Atlantic Mutual Insurance Co. Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| DALE M. WALLIS, D.V.M., JAMES L. WALLIS, and HYGIEIA BIOLOGICAL LABORATORIES, INC. a California Corporation,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>CENTENNIAL INSURANCE COMPANY, INC., a New York corporation; ATLANTIC MUTUAL INSURANCE CO., INC., a New York corporation,<br><br>　　　　　　Defendants. | CASE NO.: 2:08-CV-02558-WBS-AC<br><br>*Assigned to: Honorable William B. Shubb, Courtroom 5, 14th Floor*<br><br>*Magistrate Judge Allison Claire, Courtroom 26, 8th Floor*<br><br>**ORDER FOR EXAMINATION OF PERSON MOST KNOWLEDGEABLE OF JUDGMENT DEBTOR HYGIEIA BIOLOGICAL LABORATORIES, INC.**<br><br>Date:　　　　December 9, 2015<br>Time:　　　　10:00 a.m.<br>Courtroom:　26, 8th Floor |

**TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to E.D. Cal. R. 302(c)(11), judgment debtor **Hygieia Biological Laboratories, Inc.'s PMK "person most knowledgeable"** concerning its property and debts.  Code of Civil Procedure §708.150(a) is ordered to appear for an examination on December 9, 2015 at 10:00 a.m., at the United States District Court for the Eastern District Court of California, Robert T. Matsui United States Courthouse, 501 I Street, Courtroom 26, 8th Floor, Sacramento, CA  95814, before a certified shorthand reporter.  The examination shall continue from

1

ORDER FOR EXAMINATION OF PERSON MOST KNOWLEDGEABLE OF JUDGMENT
DEBTOR HYGIEIA BIOLOGICAL LABORATORIES, INC.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**CASE NO.: 2:08-CV-02558-WBS-AC**

1  day to day, Sundays and holidays excepted, at the same time and location, until completed or unless
2  the parties agree on other mutually convenient dates.

3      **NOTICE TO JUDGMENT DEBTOR**.  If you fail to appear at the time and place specified
4  in this order, you may be subject to arrest and punishment for contempt of court and the court may
5  make an order requiring you to pay the reasonable attorney's fees incurred by the judgment creditor
6  in this proceeding.

7      Service of this order creates a lien on the personal property of the judgment debtor identified
8  herein for a period of one year from the date of this order, unless extended or sooner terminated by
9  the Court.

10     IT IS SO ORDERED.

11
12 Dated:  November 17, 2015

                                                              ALLISON CLAIRE
13                                                               UNITED STATES MAGISTRATE JUDGE

17 158261.doc

ORDER FOR EXAMINATION OF PERSON MOST KNOWLEDGEABLE OF JUDGMENT DEBTOR HYGIEIA BIOLOGICAL LABORATORIES, INC.
CASE NO.: 2:08-CV-02558-WBS-AC