IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| DALE M. WALLIS, D.V.M., JAMES L. WALLIS, and HYGIEIA BIOLOGICAL LABORATORIES, INC. a California Corporation,<br><br>                Plaintiffs,<br><br>        v.<br><br>CENTENNIAL INSURANCE COMPANY, INC., a New York corporation; ATLANTIC MUTUAL INSURANCE CO., INC., a New York corporation,<br><br>                Defendants. | CASE NO.: 2:08-CV-02558-WBS-AC<br><br>*Assigned to: Honorable William B. Shubb, Courtroom 5, 14th Floor*<br><br>*Magistrate Judge Allison Claire, Courtroom 26, 8th Floor*<br><br>**AMENDED ORDER FOR EXAMINATION OF JUDGMENT DEBTOR DALE M. WALLIS**<br><br>Date:         December 9, 2015<br>Time:        10:00 a.m.<br>Courtroom:  26, 8th Floor |

**TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that judgment debtor **Dale M. Wallis** is ordered to appear for an examination on December 9, 2015 at 10:00 a.m., at the United States District Court for the Eastern District Court of California, Robert T. Matsui United States Courthouse, 501 I Street, Courtroom 26, 8th Floor, Sacramento, CA 95814, before a certified shorthand reporter. See E.D. Cal. R. 302(c)(11); Fed. R. Civ. P. 69(a)(2); Cal. Civ. Proc. Code § 708.150(b).  You are further instructed to produce at the examination the documents and items identified in **Schedule A**, attached hereto.  The examination shall continue from day to day, Sundays and holidays excepted, at the same time and location, until

completed or unless the parties agree on other mutually convenient dates.

**NOTICE TO JUDGMENT DEBTOR**. If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney's fees incurred by the judgment creditor in this proceeding.

Service of this order creates a lien on the personal property of the judgment debtor identified herein for a period of one year from the date of this order, unless extended or sooner terminated by the Court.

IT IS SO ORDERED.

Dated: November 20, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

184497.doc

## Schedule A

## Documents And Things To Be Produced At Hearing Of Judgment Debtor

You are instructed to produce the following documents or items at your Debtor's exam:

1. A copy of DMV registrations for any vehicle owned by you, leased by you, which you drive, or in which you have any interest.

2. All titles, bills of sale, lease agreements, or contracts of sale upon personal property, including but not limited to 1) automobiles and other vehicles, 2) boats, 3) household goods, 4) miscellaneous furniture and fixtures, belonging to you or in which you have or have had any interest whatsoever, either alone or with any other person(s), entity or entities, for four years immediately preceding the date of the above hearing.

3. A copy of all wage receipts for the two (2) years prior to this hearing.

4. A full copy of all lease and rental agreements, either as the lessor, lessee, landlord or renter, that you have with any landowner, manager, or other person, to include the amount of all deposits and last month's rent.

5. A copy of any divorce decree or divorce judgment in which you are a party.

6. List of all wages, commissions, salaries, draws, deposits, bonuses and/or monies owing to you, held in trust for you, or to your account (in whole or in part), including the names of the person(s) and/or firm or company from whom monies are being received or due, for two years preceding the date of the above hearing.

7. Copies of all documents reflecting remuneration, income, or partner compensation received during the last two years immediately preceding the date of the hearing, including W-2s, 1099's, K-1 statements, forms and estimates of State and Federal taxes for 2013, 2014, or 2015.

8. A copy of your 2012, 2013, & 2014 tax records and filings, for inspection purposes only at the debtor's exam.

9. A copy of all bank statements, canceled checks and checkbooks and checkbook registers for checking accounts belonging to you or in which you have or have had any interest, whatsoever, either alone or jointly with any other person(s) entity or entities for two years preceding the date of the

1  hearing.

2  10.     All savings deposit books or other statements for any savings accounts in any bank, savings
3  and loan association, credit union or other similar institution, which belong to you or in which you
4  have any interest either alone or jointly with any other person(s), entity or entities, for the four years
5  immediately preceding the date of the above hearing.

6  11.     A listing of all monies from an estate or inheritance received by you as beneficiary for four
7  years preceding the date of the hearing.

8  12.     All contracts, notes, money orders, drafts, promissory notes, negotiable instruments,
9  mortgages, pledge agreement and/or receivables payable to you, for your benefit, or held in trust for
10 you, whether or not the same be now due and/or payable, within the four years immediately
11 preceding the date of the hearing.

12 13.     All evidence and all certificates of any and all stocks, bonds, securities and annuities
13 belonging to you or in which you have or have had any interest whatsoever either alone or jointly
14 with any other person(s), entity or entities, for the four years immediately preceding the date of the
15 above hearing

16 14.     All titles, deeds or contracts of sale upon real property and mobile/manufactured homes
17 wherever situated, owned by you (in whole or in part), purchased or being purchased, or sold, and
18 which you own or have had any interest in whatsoever, either alone or jointly with any other
19 person(s), entity or entities, for the four years immediately preceding the date of the hearing.

20 15.     All property assessment notices issued to you within the four years immediately preceding the
21 date of the above hearing.

22 16.     Copies of Promissory Notes or other documents evidencing any personal loans made by you,
23 in the last three years preceding the date of the hearing.

24 17.     Any other documents evidencing any loans, leases, business transactions, security interests or
25 property holdings to which you are a party.

26 18.     Any documents reflecting any individual's or entity's indebtedness or obligation to pay you
27 and the amounts in the next five years.

28 19.     Any documents reflecting any Accounts Receivable.

20. Any documents reflecting your interest in any business, LLC, partnership, or corporation.