Gary R. Selvin, State Bar No. 112030
Robin D. Korte State Bar No. 182553
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone:   (510) 874-1811
Facsimile:    (510) 465-8976
E-mail:  gselvin@selvinwraith.com
              rkorte@selvinwraith.com

Attorneys for Defendants
Centennial Insurance Co. and Atlantic Mutual Insurance Co. Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| DALE M. WALLIS, D.V.M., JAMES L. WALLIS, and HYGIEIA BIOLOGICAL LABORATORIES, INC. a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CENTENNIAL INSURANCE COMPANY, INC., a New York corporation; ATLANTIC MUTUAL INSURANCE CO., INC., a New York corporation,<br><br>Defendants. | CASE NO.: 2:08-CV-02558-WBS-AC<br><br>*Assigned to: Honorable William B. Shubb, Courtroom 5, 14th Floor*<br><br>*Magistrate Judge Allison Claire, Courtroom 26, 8th Floor*<br><br>**AMENDED ORDER FOR EXAMINATION OF PERSON MOST KNOWLEDGEABLE OF JUDGMENT DEBTOR HYGIEIA BIOLOGICAL LABORATORIES, INC.**<br><br>Date:         January 20, 2016<br>Time:        1:00 p.m.<br>Courtroom:  26, 8th Floor |

**TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that judgment debtor **Hygieia Biological Laboratories, Inc.'s PMK "person most knowledgeable"** concerning its property and debts.  Code of Civil Procedure §708.150(a) is ordered to appear for an examination on January 20, 2016 at 1:00 p.m., at the United States District Court for the Eastern District Court of California, Robert T. Matsui United States Courthouse, 501 I Street, Courtroom 26, 8th Floor, Sacramento, CA  95814, before a certified shorthand reporter.  You are further instructed to produce at the examination the documents and items

1
**Amended Order for Examination of Person Most Knowledgeable of Judgment Debtor Hygieia Biological Laboratories, Inc.          CASE NO.: 2:08-CV-02558-WBS-AC**

1  identified in Schedule A, attached hereto.  The examination shall continue from day to day, Sundays
2  and holidays excepted, at the same time and location, until completed or unless the parties agree on
3  other mutually convenient dates.

4  **NOTICE TO JUDGMENT DEBTOR**.  If you fail to appear at the time and place specified
5  in this order, you may be subject to arrest and punishment for contempt of court and the court may
6  make an order requiring you to pay the reasonable attorney's fees incurred by the judgment creditor
7  in this proceeding.

8  Service of this order creates a lien on the personal property of the judgment debtor identified
9  herein for a period of one year from the date of this order, unless extended or sooner terminated by
10 the Court.

11  IT IS SO ORDERED.

Dated:  December 21, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

185841.doc

2

**Amended Order for Examination of Person Most Knowledgeable of Judgment Debtor Hygieia Biological Laboratories, Inc.**                                                                 **CASE NO.: 2:08-CV-02558-WBS-AC**

## Schedule A

## Documents And Things To Be Produced At Hearing Of Judgment Debtor

You are instructed to produce the following documents or items at your Debtor's exam:

1. A copy of DMV registrations for any vehicle owned by you, leased by you, or in which you have any interest.

2. All titles, bills of sale, lease agreements, or contracts of sale regarding property, including but not limited to 1) automobiles and other vehicles, 2) boats, 3) household goods, 4) miscellaneous furniture and fixtures, belonging to you or in which you have or have had any interest whatsoever, either alone or with any other person(s), entity or entities, for four years immediately preceding the date of the above hearing.

3. A full copy of all lease and rental agreements, either as the lessor, lessee, landlord or renter, that you have with any landowner, manager, or other person, to include the amount of all deposits and last month's rent..

4. List of all accounts receivable, commissions, and/or monies owing to you, held in trust for you, or to your account (in whole or in part), including the names of the person(s) and/or firm or company from whom monies are being received or due, for two years preceding the date of the above hearing.

5. Copies of all documents reflecting income or compensation received during the last two years immediately preceding the date of the hearing.

6. A copy of your 2012, 2013, & 2014 tax records and filings, for inspection purposes only at the debtor's exam.

7. A copy of all bank statements, canceled checks and checkbooks and checkbook registers for checking accounts belonging to you or in which you have or have had any interest, whatsoever, either alone or jointly with any other person(s), entity or entities for two years preceding the date of the hearing.

8. All savings deposit books or other statements for any savings accounts in any bank, savings and loan association, credit union or other similar institution, which belong to you or in which you

3

Amended Order for Examination of Person Most Knowledgeable of Judgment Debtor Hygieia Biological Laboratories, Inc.    CASE NO.: 2:08-CV-02558-WBS-AC

have any interest either alone or jointly with any other person(s), entity or entities, for the four years immediately preceding the date of the above hearing.

9. All contracts, notes, money orders, drafts, promissory notes, negotiable instruments, mortgages, pledge agreement and/or receivables payable to you, for your benefit, or held in trust for you, whether or not the same be now due and/or payable, within the four years immediately preceding the date of the hearing.

10. All evidence and all certificates of any and all stocks, bonds, securities and annuities belonging to you or in which you have or have had any interest whatsoever either alone or jointly with any other person(s), entity or entities, for the four years immediately preceding the date of the above hearing

11. All titles, deeds or contracts of sale upon real property wherever situated, owned by you (in whole or in part), purchased or being purchased, or sold, and which you own or have had any interest in whatsoever, either alone or jointly with any other person(s), entity or entities, for the four years immediately preceding the date of the hearing.

12. All leases, contracts of rent, or other documents relating to the usage of real property wherever situated in which you own or have had any interest in whatsoever, either alone or jointly with any other person(s), entity or entities, for the four years immediately preceding the date of the hearing.

13. All property assessment notices issued to you within the four years immediately preceding the date of the above hearing.

14. Copies of Promissory Notes or other documents evidencing any loans made by you, in the last three years preceding the date of the hearing.

15. Any other documents evidencing any loans, leases, business transactions, security interests or property holdings to which you are party.

16. Any documents reflecting any individual's or entity's indebtedness or obligation to pay you and the amounts in the next five years.

17. Any documents reflecting your interest in any business, LLC, partnership, or corporation.

185841.doc

4

Amended Order for Examination of Person Most Knowledgeable of Judgment Debtor Hygieia Biological Laboratories, Inc.          CASE NO.: 2:08-CV-02558-WBS-AC