UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| DALE M. WALLIS, D.V.M., JAMES L. WALLIS, and HYGIEIA BIOLOGICAL LABORATORIES, INC., a California Corporation,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CENTENNIAL INSURANCE COMPANY, INC., a New York corporation, ATLANTIC MUTUAL INSURANCE, CO., INC., a New York corporation,<br><br>　　　　Defendants. | CIV. NO. 2:08-2558 WBS AC<br><br>ORDER APPROVING SUPERSEDEAS BOND AND STAYING ENFORCEMENT OF JUDGMENT |

----oo0oo----

Plaintiffs move for approval a supersedeas bond in the amount of $108,747.00 they procured through International Fidelity Insurance Company and an order staying enforcement of the amended judgment pending appeal pursuant to Federal Rule of Civil Procedure 62(d).  (Docket Nos. 327 and 332.)

Federal Rule of Civil Procedure 62(d) provides that if

1

an appeal is taken, the appellant may stay the enforcement of the judgment by posting a supersedeas bond approved by the district court. Fed. R. Civ. P. 62(d). An appellant may obtain a stay under Rule 62(d) "as a matter of right by posting a supersedeas bond acceptable to the court." In re Combined Metals Reduction Co., 557 F.2d 179, 193 (9th Cir. 1977); see also ACLU of Nev. v. Masto, 670 F.3d 1046, 1066 (9th Cir. 2012).

Local Rule 151(d) provides that "a supersedeas bond shall be 125 percent of the amount of the judgment unless the Court otherwise orders." Plaintiffs' supersedeas bond in the amount of $108,747.00 constitutes 125 percent of the $86,996.93 amended judgment. Defendants have filed a statement of non-opposition pursuant to Local Rule 230(c). (Docket No. 334.)

IT IS THEREFORE ORDERED that plaintiffs' motion to stay the enforcement of the judgment (Docket No. 327) be, and the same hereby is, GRANTED; and the amended judgment (Docket No. 277) is hereby STAYED pending appeal.

Dated: February 17, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2