JOANNA R. MENDOZA, State Bar No. 148320
LAW OFFICES OF JOANNA R. MENDOZA, P.C.
P.O. Box 2593
Granite Bay, CA  95746
(916) 781-7600
(916) 781-7601 FAX
jmendoza@theiplawfirm.com

JOEL C. BAIOCCHI, State Bar No. 107095
LAW OFFICE OF JOEL C. BAIOCCHI
P.O. Box 67
Dutch Flat, CA 95714
(530) 389-9175
(530) 389-9176
jcblaw2@colfaxnet.com

Attorneys for Plaintiffs, Counterdefendants
and Third-Party Defendant
Dale M. Wallis, James L. Wallis,
Hygieia Biological Laboratories
and Joanna R. Mendoza

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE M. WALLIS, D.V.M., JAMES L. WALLIS, and HYGIEIA BIOLOGICAL LABORATORIES, INC., a California Corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>CENTENNIAL INSURANCE COMPANY, INC., a New York corporation, ATLANTIC MUTUAL INSURANCE, CO., INC., a New York corporation,<br><br>    Defendants.<br>_____<br><br>AND RELATED COUNTERCLAIM<br>_____ | CASE NO.  2:08-CV-02558 WBS AC<br><br>*Assigned to: Honorable William B. Shubb, Courtroom 5, 14th Floor*<br><br>*Magistrate Judge Allison Claire, Courtroom 26, 8th Floor*<br><br>**STIPULATION FOR CANCELLATION, RELEASE, AND DISCHARGE OF COUNTERDEFENDANTS' SUPERSEDEAS BOND;** ~~**PROPOSED**~~ **ORDER**<br><br>**COMPLAINT FILED:  4/6/09** |

The parties to his action, by and through their respective counsel, by stipulation, request the Court for an Order canceling, releasing, and discharging the Supersedeas Bond that Plaintiffs and Counterdefendants Dale M. Wallis, D.V.M., James L. Wallis, and Hygieia Biological Laboratories, Inc. ("Counterdefendants") posted in connection with their appeal of this matter to the Ninth Circuit Court of Appeals.

In support of this request, the parties state as follows:

1. Judgment in this action was filed on November 12, 2013 (Doc. No. 269) and amended on February 20, 2014 (Doc. No. 277).
2. Counterdefendants appealed the judgment on March 21, 2014 (Doc. No. 288).  On December 30, 2015, Counterdefendants lodged a Supersedeas Bond, International Fidelity Insurance Company as Surety, Bond No. 0684640, in the amount of $108,747.00 (Doc. No. 332).  This Court, on February 17, 2016, approved the bond (Doc. No. 336).
3. On March 21, 2016, the Ninth Circuit Court of Appeals issued its Memorandum decision and affirmed the Judgment (Doc. No. 339), and on April 4, 2016, issued its Mandate (Doc. No. 340).
4. On April 20, 2016, Counterdefendants satisfied the Judgment in full by tender of a check in the amount of $92,054.82 to Counterclaimants' counsel.
5. The parties request that the Court enter the proposed order, set forth below, ordering that the Supersedeas Bond is no longer required and is hereby fully and unconditionally discharged released, and exonerated and that the Surety is hereby released from any and all past, present, and future liability in connection with the issuance of the Supersedeas Bond, and directing the Clerk to return the canceled Supersedeas Bond to counsel for Counterdefendants.

| | | |
|---|---|---|
| 1 | Dated: April  11 , 2016 | SELVIN WRAITH HALMAN LLP |
| 2 | | |
| 3 | | By: /s/_____<br>Gary R. Selvin<br>Robin D. Korte |
| 4 | | Attorneys for Defendants/Counterclaimants<br>Centennial Insurance Co. and Atlantic |
| 5 | | Mutual Insurance Co. Inc. |
| 6 | | |
| 7 | Dated: May 13 , 2016 | LAW OFFICE OF JOEL C. BAIOCCHI |
| 8 | | |
| 9 | | By: /s/_____<br>Joel C. Baiocchi |
| 10 | | Attorney for Plaintiffs/Counterdefendants<br>Dale M. Wallis, D.V.M., James L. Wallis, and<br>Hygieia Biological Laboratories, Inc. |

3

STIPULATION FOR CANCELLATION, RELEASE, AND DISCHARGE OF COUNTERDEFENDANTS'
SUPERSEDEAS BOND; PROPOSED ORDER

**IT IS SO ORDERED.**

1. The Supersedeas Bond posted by Counterdefendants is hereby fully and unconditionally discharged released, and exonerated, and that the Surety is hereby released from any and all past, present, and future liability in connection with the issuance of the Supersedeas Bond.
2. The Clerk is directed to the Clerk to return the canceled Supersedeas Bond to counsel for Counterdefendants.

Dated: May 13, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I declare that I am over the age of 18. I am not a party to this cause. I am an attorney at law with my office located at 33340 Main Street, Dutch Flat, California 95714.

On April ____, 2016, I served the following:

STIPULATION FOR CANCELLATION, RELEASE, AND DISCHARGE OF COUNTERDEFENDANTS' SUPERSEDEAS BOND; PROPOSED ORDER

**BY ELECTRONIC FILE TRANSFER TO ECF FILE AND SERVE**: By transmitting a true copy of the documents listed above for service on all parties to this action pursuant to applicable statutes, local rules, and/or order of this Court.

| | |
|---|---|
| Gary R. Selvin | Attorney for Defendants |
| SELVIN WRAITH HALMAN LLP | |
| 505 14th Street, Suite 1200 | |
| Oakland, CA 94612 | |
| Telephone: (510) 874-1811 | |
| Facsimile: (510) 465-8976 | |
| E-mail: gselvin@selvinwraith.com | |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this ___th day of April, 2016, in Dutch Flat, California.

____/s/ Joel C. Baiocchi_____
JOEL C. BAIOCCHI